JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-5611RJB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| RAYMOND PONDELICK and ERIC PONDELICK, | ) ) ) | |
| Defendant. | ) ) | |

Upon the stipulation of the parties to continue the pretrial motions due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to October 22, 2010.

DONE this 14th day of October, 2010.

*[signature]*
Robert J Bryan
United States District Judge

Presented by:
*/s/ Russell V. Leonard*        */s/ Sunni Ko*
RUSSELL V. LEONARD             Sunni Ko
Attorney for Raymond Pondelick  Assistant U.S. Attorney

*/s/ Timothy Lohraff*
Timothy Lohraff, Attorney for Eric Pondelick

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DUE DATE
United States v. Raymond Pondelick; CR10-5611RJB      1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710